**STATE of Missouri, Respondent,**

**v.**

**Thomas G. MILLER, Appellant.**

**No. WD 45038.**

Missouri Court of Appeals,
Western District.

Sept. 1, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Oct. 27, 1992.

Charles R. Willis, St. Louis, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
BRECKENRIDGE and HANNA, JJ.

**ORDER**

PER CURIAM.

Appeal from a conviction of arson in the first degree, § 569.040, RSMo Supp.1991.

Affirmed. Rule 30.25(b).